D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Defendant
HTTP Electronic Publishing, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTONIO DI GIOVANNI, | CASE NO.: CV 10-0434 (MHP) |
| Plaintiff, | |
| vs. | STIPULATION OF DISSMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| HTTP ELECTRONIC PUBLISHING, Inc. aka JUST18.COM aka SWANKMAGAZINE.COM aka SWANK DOLLARS aka SWANK MAGAZINE, and DOES 1-100, | |
| Defendant. | |

Pursuant to agreement among the parties and in accord with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties hereby stipulate to the dismissal of this entire action with prejudice.

**WHEREAS**, Plaintiff commenced this action in Contra Costa Superior Court on December 28, 2009, where the clerk assigned it Civil Case Number L-09-11859; and

**WHEREAS**, Defendant filed a Notice of removal on January 29, 2010; and

-1-

**WHEREAS**, Plaintiff filed a Request for Dismissal of the action in the Contra Costa Superior Court on March 22, 2010; and

**WHEREAS**, this action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the Court for dismissal;

**THEREFORE**, the parties **STIPULATE** and **AGREE**, that this action is hereby dismissed, in its entirety, with prejudice.

Dated: 3-23-2010    By _____
Antonio Di Giovani,
Plaintiff in *pro per*

Dated: March 26, 2010    THE LAW OFFICE OF D. GILL SPERLEIN

By /s/ D. Gill Sperlein
D. Gill Sperlein
Attorneys for Defendant,
HTTP ELECTRONIC PUBLISHING, Inc.

3/30/2010



IT IS SO ORDERED
Judge Marilyn H. Patel

-2-

STIPULATION AND ORDER TO DISMISS
CV-10-0434 (MHP)